Order issued January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01640-CV

---

## IN RE LAKEITH AMIR-SHARIF, Relator

---

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-7655**

---

# ORDER

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


MICHAEL J. O'NEILL
JUSTICE